# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MARK STANLEY MILLER | ) | Case No. 10-25453 MER |
| JAMILEH MILLER | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MARK S. MILLER | ) | Adversary No.10-01757 MER |
| JAMILEH MILLER | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY, ARONOWITZ & | ) | |
| MECKLENBERG, LLP | ) | |
| CITIMORTGAGE, INC., ONE WEST | ) | |
| BANK F.S.B. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 8/6/2014 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: September 30, 2014          BY THE COURT:

_____
United States Bankruptcy Court Judge