**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

**Civil Action No. 14-cv-03112-MSK**

**In re: MARK S. MILLER and JAMILEH MILLER**

      Debtors/Appellants.

---

**Civil Action. No. 14-cv-02707-MSK**

**MARK S. MILLER, and
JAMILEH MILLER,**

      Plaintiffs,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,
ARAPAHOE COUNTY PUBLIC TRUSTEE OFFICE,
ARONOWITZ & MECKLENBERG,
SUSAN HENDRICK,
STACEY ARONOWITZ,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM,
ONEWEST BANK, FSB,
JUSTIN ROCK, and
BARBARA CAMPBELL,**

      Defendants.

---

**Civil Action No. 14-cv-02709-MSK**

**MARK S. MILLER, and
JAMILEH MILLER,**

      Plaintiffs,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,
ARONOWITZ & MECKLENBURG, LLP, and
ONEWEST BANK F.S.B.,**

      Defendants.

---

2

**In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.**

**Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (Doc. #16, ) filed on August 7, 2015, it is**

**ORDERED THAT,** the Bankruptcy Court's October 30, 2014 Order dismissing the Debtors' Chapter 13 bankruptcy case is **AFFIRMED** (Case No. 14-cv-03112-MSK). The Motions to Withdraw the Reference in Case Nos. 14-cv-02707-MSK and 14-cv-02709-MSK are **GRANTED**. The references to the Bankruptcy Court are **WITHDRAWN**, and all claims are **DISMISSED** for lack of subject matter jurisdiction.

Dated this 7th day of August, 2015.

                **BY THE COURT:**

                *Marcia S. Krieger* (signature)

                Marcia S. Krieger
                Chief United States District Judge